Tuesday
October 27, 2015

Pam Estes
Clerk of the twelfth court of appeals
1517 West Front Street
Suite 354
Tyler, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 3 0 2015    elkm

TYLER TEXAS
PAM ESTES, CLERK

Case number: 12-15-0014 6-CR
in the
twelfth court of appeals
At Tyler, Texas

Brittany Michelle Barrett
appellant,
v
The State of Texas
appellee

Appeal of cause number 114-0874-12 from the 114
Judicial District Court of Smith County.

FIRST MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S PRO SE BRIEF OR RESPONSE TO ANDER'S BRIEF
To the Honorable Justices of the Courts of Appeals:

Comes now Brittany Michelle Barrett appellant pro se, and respectfully moves the court to extend the deadline for filing his brief (or response) by thirty days. In Support, Appellant would Show the following:

On October 26, 2015, Appellant received notice by mail that

His appeal attorney filed an <u>Ander's</u> brief on his behalf and notice that Appellate had a right to file a pro se brief or response to the Ander's brief.

On October 26, 2015, the appellant record was first made available to appellant. The deadline for filing Appellant's brief or response is October 22, 2015.

This is Appellant's first request for extension. Appellant is unable to meet the deadline for the following reasons: limited access to law library to a few hours a day, limited legal knowledge thereby slowing down research, just received notice about Ander's brief October 26, 2015.

For the reasons stated above, Appellant respectfully requests an additional thirty days to complete the pro se brief or response in support of Appellant's appeal.

Appellant prays that the court grant this motion and extend the time to file Appellant's pro se brief or response by thirty days, extending the deadline to November 30, 2015

Respectfully Submitted,
Brittany Michelle Barrett
# 0200124
Lockhart Unit
1400 industrial Blvd
Lockhart, Texas 78644